**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Yusuf SAMORI, Defendant—Appellant.**

**No. 03–10498.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Decided Sept. 18, 2006.

Wes R. Porter, Esq., U.S. Attorney Office of Hawaii, Honolulu, HI, for Plaintiff–Appellee.

Winston D.M. Ling, Kapolei, HI, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

## MEMORANDUM**

Yusuf Samori appeals from the district court's judgment and 39–month sentence imposed following his guilty-plea conviction to attempted bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Samori has filed a brief

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Samori has not filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is **AFFIRMED**, and the sentence is **REMANDED**.